IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ANDREW B. SHARKEY,**

Petitioner,

v.

**DANIEL J. PARAMO, Warden,**

Respondent.

Case No. C 14-04695 ~~HRL~~ VC (PR)

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 10, 2015, to file a response to the order to show cause. If Petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within twenty-eight (28) days of the date the answer is filed.

Dated: May 28, 2015

GRANTED
Judge Vince Chhabria

1

[Proposed] Order (C 14-04695 HRL (PR))