UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW B. SHARKEY,

    Petitioner,

v.

DANIEL J. PARAMO,

    Respondent.

Case No. 14-cv-04695-VC  (PR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Dkt. No. 11

    Petitioner Andrew B. Sharkey moves for a thirty-day extension of time to file his traverse. The motion is granted. The traverse is now due on or before September 8, 2015.

    This Order terminates Docket No. 11.

    IT IS SO ORDERED.

Dated: August 6, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. SHARKEY,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL J. PARAMO,<br><br>            Defendant. | Case No.  14-cv-04695-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew B. Sharkey ID: AL1643
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

Dated: August 6, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2